*In re* VÍCTOR M. GÓMEZ MORALES.

*Número:* TS-6251                    *Resuelto:* 21 de febrero de 2003

*Víctor M. Gómez Morales, pro se.*

## RESOLUCIÓN

Vista la Solicitud de Reinstalación a la Notaría y Relevo de Condiciones del Lcdo. Víctor M. Gómez Morales, y examinados tanto el Informe presentado por la Directora de la Oficina de Inspección de Notarías como el Informe al Tribunal Supremo de la Comisión de Reputación para el Ejercicio de la Abogacía, *se autoriza la reinstalación del Lcdo. Víctor M. Gómez Morales al ejercicio de la notaría y se le releva de las condiciones impuestas mediante opinión de 22 de octubre de 1998.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*